UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| FAUL SEASONALS, INC. | CASE NO. 6:23-CV-00558 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| TEXAS INTERNATIONAL FREIGHT LLC, ET AL. | MAGISTRATE JUDGE DAVID J. AYO |

## ORDER

This matter was referred to United States Magistrate David J. Ayo for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Motion to Remand (Rec. Doc. 6) is GRANTED, and this matter is REMANDED to the 15th Judicial District Court for the Parish of Acadia, State of Louisiana.

**IT IS FURTHER ORDERED** that Plaintiff's request for attorneys' fees and costs is GRANTED, subject to briefing by the parties.

Signed at Lafayette, Louisiana, this 22nd day of December, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE